No. 181. BOOMHOWER, INC. *v.* AMERICAN AUTOMOBILE INSURANCE CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thaddeus G. Benton* and *Ben T. Rauber* for petitioner. *Alexander M. Heron* for the American Automobile Insurance Co. et al., and *Edward White* for Kane, respondents.

No. 182. MASSACHUSETTS PROTECTIVE ASSOCIATION, INC. *v.* BUCHANAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Louis M. Denit* and *Thomas S. Jackson* for petitioner. *Jo V. Morgan, Jr.* for respondent.

No. 183. PIGOTT ET AL. *v.* DETROIT, TOLEDO & IRONTON RAILROAD ET AL. C. A. 6th Cir. Certiorari denied. *William A. Rhodes* for petitioners. *Wayland K. Sullivan* for the Brotherhood of Railroad Trainmen, respondent.

No. 184. BISHOP *v.* REICHEL, ACTING DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Laurence Sovik* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Morton K. Rothschild* for respondent.

No. 189. PIERCE *v.* HEWLETT-PACKARD CO. ET AL. C. A. 1st Cir. Certiorari denied. *David Rines* and *Robert H. Rines* for petitioner. *Hector M. Holmes* for respondents.

No. 190. RUBSAM *v.* HARLEY C. LONEY CO. C. A. 6th Cir. Certiorari denied. *Percy C. Heckendorf* for petitioner. *Casper W. Ooms* for respondent.